IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 6-17-2005
TIME: 3:10 PM
INITIALS: T.H.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20299-D |
| DONNIE JOHNSON, | * | |
| Defendant. | * | |

### ORDER TO RELEASE DEFENDANT

After having considered the Motion for release of the defendant, Donnie Johnson, the Court finds that the defendant shall be immediately release and defendant's bond shall be reinstated. The defendant shall report to pretrial Services and submit to random drug testing weekly until the disposition of his case.

It is so Ordered, Adjudged and Decreed this 17 day of June 2005.

United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20299 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT