FILED BY _____ D.C.

05 AUG 30  PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIE JOHNSON

    Defendant.

Case No.: 04-20299 D

---

## ORDER DISMISSING INDICTMENT

---

The United States Attorney, through Assistant United States Attorney Camille McMullen, appeared in open court on August 26, 2005, and moved to withdraw the instant indictment. For cause, the motion is GRANTED.

Accordingly, the indictment as to Donnie Johnson is dismissed.

**IT IS SO ORDERED** this 30th day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20299 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT